```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0185--CR (JKS)
                    "USA V JOSHUA HALE"
                 DEF 1.1 HALE, JOSHUA
```

Including terminated defendants, excluding terminated counsel

Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:
            Filed: 12/29/03
           Closed: 08/24/04
No. of Defendants: 1
   MJ Case Number: A03-0270--MJ
              AKA:
  Location status: Not specified
       Trial date:
       Terminated: YES
Needs interpreter: NO
Counsel of record: Carl J.D. Bauman
                   Hughes Bauman et al
                   3900 C Street, Suite 1001
                   Anchorage, AK 99503
                   907-274-7522
                   Serve: YES
                    Type: Retained
                    Role: Other


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Regional Solicitor's Office
                   4230 University Drive, #300
                   Anchorage, AK 99508
                   907-271-4131
                   Serve: YES
                    Type: Not specified
                    Role: Other


Counts re: DEF 1.1 HALE, JOSHUA

| Document | Count | Citation and Description | Disposition |
|----------|-------|--------------------------|-------------|
| OPENING  | 1     | 36CFR 5.3 CONDUCTING BUSINESS OPERATIONS WITHIN FEDERAL PARKLAND WITHOUT A PERMIT. (M) | Sentenced (19-1) |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A03-0185--CR (JKS)
"USA V JOSHUA HALE"

For all filing dates

Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:
              Filed: 12/29/03
             Closed: 08/24/04
No. of Defendants: 1

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 12/29/03 | DEF 1 Appeal from Magistrate Judge's conviction on 12/15/03, sentence entered on 12/19/03 and Judgment on 12/23/02 in A03-0270MJ (AHB). |
| 2 - 1 | 12/31/03 | [Re: DEF 1] Documents 1-25 transferred from: A03-0270MJ (AHB) to A03-0185CR (JKS) w/att docs. |
| 3 - 1 | 12/31/03 | [Re: DEF 1] Clerk's Notice that an appeal to MJ conviction, sentencing and judgment.  This matter has been assigned to Judge Singleton case A03-0185CV (JKS).  Def has 10 days to file from receipt of this notification to file an order for transcripts or tapes w/ the court.  If def has not ordered transcripts or tapes w/i 10 days the record on appeal shall be deemed complete.  Once record on appeal is complete a clerk's notice certifying the record will be forwarded to the parties designating the time for the filing of appeal briefs. cc: USA, C. Bauman, ECR, MJ Branson |
| 4 - 1 | 01/30/04 | DEF 1 Transcript Designation form w/original order form.  cc: ECR |
| 5 - 1 | 02/23/04 | [Re: DEF 1] Transcript re: evidentiary /final pretrial hrg held 12/10/03 in A03-0270MJ (AHB). (located in expando file) |
| 6 - 1 | 02/23/04 | [Re: DEF 1] Transcript re: TBC - 1st Day  held 12/11/03 in A03-0270MJ (AHB). (located in expando file) |
| 7 - 1 | 02/23/04 | [Re: DEF 1] Transcript re: TBC - 2nd Day held 12/12/03 in A03-0270MJ (AHB). (located in expando file) |
| 8 - 1 | 02/23/04 | [Re: DEF 1] Transcript re: TBC - 3nd Day held 12/15/03 in A03-0270MJ (AHB). (located in expando file) |
| 9 - 1 | 02/23/04 | [Re: DEF 1] Transcript re: IOS  held 12/19/03 in A03-0270MJ (AHB). (located in expando file) |
| 10 - 1 | 02/23/04 | [Re: DEF 1] Clerk's Notice re: Certification of Record.  Transcripts have been filled.  The appellant shall w/i 30 days of the above stamped date, svc and submit its opening brief, appellee shall svc and submit a brief  w/i 30 days after receipt of appellant's brief, appellant may svc and submit a reply brief w/i 10 days after receipt of appellee's brief. cc:SAUSA, C. Bauman |
| 11 - 1 | 03/26/04 | DEF 1 motion for extension to 04/16/04 to file opening brief on appeal w/att aff. |
| 11 - 2 | 04/02/04 | [Re: DEF 1] JKS Order granting mot for ext to 04/16/04 to file opening brief on appeal (11-1). cc: USA, C. Bauman |
| 12 - 1 | 04/16/04 | DEF 1 motion (second) for extension of time to 05/07/04 to file opening brief. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A03-0185--CR (JKS)
"USA V JOSHUA HALE"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 12 - 2 | 04/19/04 | [Re: DEF 1] JKS Order granting mot (second) for ext of time to 05/07/04 to file opening brief (12-1). cc: USA, C. Bauman |
| 13 - 1 | 05/07/04 | DEF 1 motion (third) and final for extension of time to 05/21/04 to file opening brief on appeal w/att aff. |
| 13 - 2 | 05/10/04 | [Re: DEF 1] JKS Order granting motion (third) and final for ext of time to 05/21/04 to file opening brief (13-1). cc: USA, C. Bauman |
| 14 - 1 | 05/21/04 | DEF 1 motion (final) for extension of time to 05/27/04 to file opening brief on appeal w/att aff. |
| 14 - 2 | 05/25/04 | [Re: DEF 1] JKS Order granting mot (final) for ext of time to 05/27/04 to file opening brief on app (14-1). cc: USA, C. Bauman |
| 15 - 1 | 05/27/04 | DEF 1 motion appellant's opening brief. |
| 16 - 1 | 06/18/04 | [Re: DEF 1] PLF 1 Unopposed motion for extension of time to file reply to appellant's opening brief on appeal. |
| 16 - 2 | 06/22/04 | [Re: DEF 1] JKS Order granting unoppo mot for ext of time until 7/2/04 to file reply to aplt's opening brf (16-1). cc: AUSA, Regional Solicitor, C. Bauman |
| 17 - 1 | 07/02/04 | [Re: DEF 1] PLF 1 oppo to DEF 1 mot appellant's opening brief (15-1) w/att exhs. |
| 18 - 1 | 08/24/04 | [Re: DEF 1] JKS Order affirming MJ Branson's conviction of def; denying def's appeal (15-1); action dism. cc: USA, C. Bauman, MJ Branson |
| 19 - 1 | 08/24/04 | [Re: DEF 1] JKS Judgment found guilty on ct 1; conviction entered by MJ Branson is affirmed; appeal dism w/prej. cc: USA, C. Bauman, MJ Branson |
| 20 - 1 | 11/01/05 | [Re: DEF 1] PLF 1 Exhibit Inventory & Dispositon Notice re: exhs 1 & 6 maps returned to plf on 11/1/05. |